In the matter of the probate of the alleged will of Carrell Doughty.

[Submitted October term, 1932. Decided January 31st, 1933.]

*Messrs. Endicott & Endicott* and *Mr. Lewis Starr,* for Phebe E. Doughty, appellant.

*Mr. Lewis P. Scott, Mr. Thomas G. Siddall* and *Mr. William I. Garrison,* for Louis T. Doughty, appellee.

*Mr. Emerson L. Richards,* for Lydia M. Johnson, appellant.

Per Curiam.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Ordinary Ingersoll, and printed in *9 N. J. Mis. R. 149.*

*For affirmance*—The Chancellor, Trenchard, Parker, Lloyd, Case, Bodine, Donges, Brogan, Heher, Kays, Hetfield, Wells, Kerney, JJ. 13.

*For reversal*—None.